**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| CAMILLE MACEDON a/k/a KING DERBY, | |
| Plaintiff, | 2001-CV-0079 |
| v. | |
| GOVERNMENT OF THE VIRGIN ISLANDS and THE VIRGIN ISLANDS CARNIVAL COMMITTEE, | |
| Defendants. | |

TO:  Lee J. Rohn, Esq.
 Melvin H. Evans, Jr., Esq., AAG
 Tamika Archer, Esq., AAG – Fax 776-3494
 Arturo Watlington, Jr., Esq. – Fax 775-9111

**ORDER DENYING PLAINTIFF'S MOTION TO RECONSIDER ORDER OF NOVEMBER 29, 2006**

THIS MATTER came before the Court upon Plaintiff's Motion to Reconsider Order of November 29, 2006 (Docket No. 146).

Local Rule of Civil Procedure 7.4 states that a motion to reconsider "shall be filed within ten (10) days after the entry of the order or decision unless the time is extended by the court. Extensions will only be granted for good cause shown." LRCi 7.4. The order which Plaintiff moves the Court to reconsider was entered on November 29, 2006 (Docket No. 135). Plaintiff's motion was not filed until December 22, 2006. Plaintiff's motion was

*Macedon v. Government of the Virgin Islands*
2001-CV-0079
Order Denying Plaintiff's Motion to Reconsider Order of November 29, 2006
Page 2

not filed within ten days after the entry of the order. Plaintiff had not requested an extension from the Court, and Plaintiff has not shown good cause for the Court to grant an extension. Therefore, the motion will be denied as untimely.

Accordingly, it is now hereby **ORDERED** Plaintiff's Motion to Reconsider Order of November 29, 2006 (Docket No. 146) is **DENIED**.

ENTER:

Dated: June 26, 2007      _____/s/_____
                          GEORGE W. CANNON, JR.
                          U.S. MAGISTRATE JUDGE