| DISTRICT COURT OF THE VIRGIN ISLANDS |
|---|
| DIVISION OF ST. CROIX |

CAMILLE MACEDON a/k/a KING DERBY,

                    Plaintiff,

     v.

GOVERNMENT OF THE VIRGIN ISLANDS,
VIRGIN ISLANDS CARNIVAL
COMMITTEE,

                 Defendants.

2001-CV-0079

TO:  Lee J. Rohn, Esq.
      Carol Thomas Jacobs, Esq., AAG
      Tamika Archer, Esq., AAG
      Arturo Watlington, Jr., Esq.

## ORDER GRANTING DEFENDANT GOVERNMENT OF THE VIRGIN ISLANDS' MOTION TO QUASH NOTICE OF DEPOSITION OF JOHN ABRAMSON AND FOR PROTECTIVE ORDER

THIS MATTER came before the Court upon Defendant Government of the Virgin Islands' Motion to Quash Notice of Deposition of John Abramson and For Protective Order (Docket No. 206). In view of the time-sensitive nature of the said motion, this order is issued without necessity of response.

The Court takes notice that its Order Regarding Defendant Government of the Virgin Islands' Motion For Protective Order and to Quash Subpoena (Docket No. 174)

*Macedon v. Government of the Virgin Islands*
2001-CV-0079
Order Granting Defendant Government of the Virgin Islands' Motion to Quash Notice of Deposition of John Abramson and For Protective Order
Page 2

limits the scope of the depositions at issue in said order, which included the deposition of John Abramson, "to issues related to the documents identified by Plaintiff in counsel's correspondence to Carol Thomas Jacobs, Esquire[,] dated March 12, 2007, . . . ."  Order (Docket No. 174) at 2-3.  The order continues, "The subpoena issued to John Abramson is **QUASHED** insofar as it includes personal campaign financial records of persons that were gubernatorial candidates and not government officials.  Plaintiff may issue a new subpoena that excludes such documents."  *Id*. at 3.

Said Defendant argues, "Given the Court's decision, there no longer exists a legitimate need for Plaintiffs to re-depose John Abramson, since Mr. Abramson cannot testify to the substance of those records and has already testified to all matters known to him."  Motion at 2.  Because Plaintiff reserved the right to redepose Mr. Abramson concerning documents that the Court has ruled that Mr. Abramson need not produce, a second deposition of Mr. Abramson is not warranted.

Accordingly, it is now hereby **ORDERED**:

1. Defendant Government of the Virgin Islands' Motion to Quash Notice of Deposition of John Abramson and For Protective Order (Docket No. 206) is **GRANTED**.

*Macedon v. Government of the Virgin Islands*
2001-CV-0079
Order Granting Defendant Government of the Virgin Islands' Motion to Quash Notice of Deposition of John Abramson and For Protective Order
Page 3

      2.     The deposition of John Abramson noticed by Plaintiff in the above-captioned matter for October 22, 2007, at 1:30 p.m. is **CANCELED**.

      3.     Plaintiff is barred from further deposing John Abramson.

           ENTER:

Dated: October 15, 2007                           /s/

                                  GEORGE W. CANNON, JR.
                                  U.S. MAGISTRATE JUDGE