# DISTRICT COURT OF THE VIRGIN ISLANDS

# DIVISION OF ST. CROIX

| | |
|---|---|
| CAMILLE MACEDON a/k/a KING DERBY, | |
| Plaintiff, | 2001-CV-0079 |
| v. | |
| GOVERNMENT OF THE VIRGIN ISLANDS, VIRGIN ISLANDS CARNIVAL COMMITTEE, | |
| Defendants. | |

TO:   Lee J. Rohn, Esq.
      Carol Thomas Jacobs, Esq., AAG
      Tamika Archer, Esq., AAG
      Arturo Watlington, Jr., Esq.

## ORDER DENYING PLAINTIFF'S EMERGENCY MOTION TO RECONSIDER THE GRANTING OF THE MOTION FOR PROTECTIVE ORDER CONCERNING ELEANOR GARCIA

THIS MATTER came before the Court upon Plaintiff's Emergency Motion to Reconsider the Granting of the Motion For Protective Order Concerning Eleanor Garcia (Docket No. 213). Defendant Government of the Virgin Islands filed an opposition thereto. In view of the time-sensitive nature of the said motion, this order is issued without necessity of reply.

*Macedon v. Government of the Virgin Islands*
2001-CV-0079
Order Denying Plaintiff's Emergency Motion to Reconsider
Page 2

Pursuant to Local Rule of Civil Procedure 7.4, parties may seek reconsideration of an order issued by a judge or magistrate judge of this Court based upon "1. intervening change in controlling law; 2. availability of new evidence, or; 3. the need to correct clear error or prevent manifest injustice." LRCi 7.4. It is widely recognized that the "'purpose of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence." *Smith v. City of Chester*, 155 F.R.D. 95, 96 (E.D. Pa. 1994) (citation omitted).

Plaintiff alleges that the Court erred by finding that Ms. Garcia had not been properly served with a notice of deposition because he claims that the government agreed to produce her. However, the government, in its opposition, disputes such an agreement.

Having thus reviewed the submissions of the parties, nothing therein persuades the Court that its previous order requires modification or reversal. The Court finds that it did not commit clear error nor will manifest injustice result to Plaintiff. The Court further finds that sanctions as requested by the government are not warranted.

Accordingly, it is now hereby **ORDERED** that Plaintiff's Emergency Motion to Reconsider the Granting of the Motion For Protective Order Concerning Eleanor Garcia (Docket No. 213) is **DENIED**.

*Macedon v. Government of the Virgin Islands*
2001-CV-0079
Order Denying Plaintiff's Emergency Motion to Reconsider
Page 3

                                                ENTER:

Dated: October 19, 2007                                   /s/
                                              GEORGE W. CANNON, JR.
                                              U.S. MAGISTRATE JUDGE